JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LINDA D. BENTON, | ) | Case No.: CV 12-5675 DSF (SSx) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| HOMECOMING FINANCIAL LLC, et al., | ) | |
| Defendants. | ) | |

_____

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____     8/30/12

Dale S. Fischer
United States District Judge